# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0841. ANTHONY P. SHEDD v. THE STATE.**

In 2017, Anthony P. Shedd pled guilty to three counts of child molestation. In 2021, Shedd filed a motion for out-of-time appeal, which the trial court denied. Shedd filed a timely application for discretionary appeal, which we granted under OCGA § 5-6-35 (j). See A22D0185 (Dec. 27, 2021). Shedd then filed this direct appeal.

After we granted Shedd's discretionary application, the Supreme Court issued an opinion holding that a trial court lacks authority to grant an out-of-time appeal. See *Cook v. State*, __ Ga. __ (Case No. S21A1270, decided March 15, 2022); see also *Rutledge v. State*, __ Ga. __ (Case No. S21A1036, decided March 15, 2022). The Supreme Court expressly held that its ruling applied to all cases, including those currently on appeal that are not otherwise final. See *Cook*, __ Ga. __, __ (5) (slip op. at 82). The Supreme Court directed that we vacate the trial court's ruling in such cases and remand with direction to dismiss the motion. In *Rutledge*, the Supreme Court clarified that, even when a motion for out-of-time appeal has been denied, the proper procedure is to vacate the denial order and remand the case in order for the trial court to enter a dismissal order.  See *Rutledge*, __ Ga. __, __ (slip op. at 2).

In keeping with the Supreme Court's directives, the trial court's order denying Shedd's motion for out-of-time appeal is hereby VACATED and the case is REMANDED to the trial court, which is DIRECTED to enter an order dismissing Shedd's motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,* __04/07/2022__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*